### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 1, 2012 |
| Court Reporter: Janet Coppock | Time: 49 minutes |
| Probation Officer:  Justine Kozak and | Interpreter: Ruth Warner |
| Intern: Jason Cohen | |

**CASE NO.  11-CR-00086-PAB-01**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Susan Knox |
| Plaintiff, | |
| vs. | |
| **1.  EDGAR NAVARRO,** | Darren Cantor |
| Defendant. | |

### SENTENCING

**2:35 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00086-PAB-01
June 1, 2012

Defendant's Motion for Leave to Restrict Proceeding (Doc #248) is **GRANTED in PART**.

**2:38 p.m.**     The following portions of the transcript in this proceeding will be **SEALED.**

Argument by Ms. Knox in support of Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #253).

Argument by Mr. Cantor.

**2:52 p.m.**     The remainder of these proceeding will not be sealed.

Court states its findings.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #253) is **GRANTED**.

**ORDERED**:  Defendant's Motion to Withdraw Objection (Doc #266) is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Cantor addresses sentencing.

Ms. Knox addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Defendant entered his plea on **February 1, 2012** to count **One of the First Superseding Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **52** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **Federal Prison Camp in California**.

Page Three
11-CR-00086-PAB-01
June 1, 2012

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- () Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (Doc #252) is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts Two of the First Superseding Indictment (Doc #254) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Court will take a brief recess

**3:22 a.m.    COURT IN RECESS**

Page Four
11-CR-00086-PAB-01
June 1, 2012

**3:27 a.m.**     **COURT IN SESSION**

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**3:29 p.m.**     **COURT IN RECESS**

**Total in court time:**          **49 minutes**

**Hearing concluded**